## B. F. AVERY & SONS, Inc., and B. F. Avery & Sons Plow Company v. COMMISSIONER OF INTERNAL REVENUE.
### No. 6472.

Circuit Court of Appeals, Sixth Circuit.

May 9, 1933.

Donald V. Hunter, of Washington, D. C., for petitioners.

Sewall Key, Head of Tax Division, Department of Justice, of Washington, D. C., for respondent.

PER CURIAM.

Docketed and dismissed pursuant to motion of respondent.

## BIG LAKE OIL CO., Appellant, v. D. B. HEINER, Collector, Appellee.
### No. 5117.

Circuit Court of Appeals, Third Circuit.

Dec. 23, 1933.

John S. McKelvy, Jr., of Pittsburgh, Pa., and Baker, Botts, Andrews & Wharton and Homer L. Bruce, all of Houston, Tex., for appellant.

E. Barrett Prettyman, Gen. Counsel, Bureau of Internal Revenue, of Washington, D. C., and Horatio S. Dumbauld, U. S. Atty., of Pittsburgh, Pa. (Henry C. Clark, Sp. Atty., Bureau of Internal Revenue, of Washington, D. C., and John A. McCann, Sp. Atty., Bureau of Internal Revenue, of Pittsburgh, Pa., of counsel), for appellee.

Before BUFFINGTON, WOOLLEY, and DAVIS, Circuit Judges.

BUFFINGTON, Circuit Judge.

In our view this case is but a necessary step in an effort to have the Supreme Court review and reverse its decision in Group No. 1 Oil Corporation v. Bass, 283 U. S. 279, 51 S. Ct. 432, 75 L. Ed. 1032. The facts in the present case are the same as in that one. Such being the situation, we affirm the judgment entered by the court below (2 F. Supp. 41), which rightly followed Group No. 1 Oil Corporation v. Bass, 283 U. S. 279, 51 S. Ct. 432, 75 L. Ed. 1032.

## Eneoppe BLAINE et al. v. Roy C. UTLEY.
### No. 943.

Circuit Court of Appeals, Tenth Circuit.

Sept. 23, 1933.

W. C. Whatley, of Las Cruces, N. M., for appellants.

J. B. Newell, of Las Cruces, N. M., for appellee.

Before LEWIS, PHILLIPS, and BRATTON, Circuit Judges.

PER CURIAM.

Appeal dismissed, on stipulation.

## Glenn BONDS v. UNITED STATES of America.
### No. 6241.

Circuit Court of Appeals, Sixth Circuit.

June 30, 1933.

Charlie Glascock, of Memphis, Tenn., for appellant.

D. D. Maddox, U. S. Atty., of Memphis, Tenn.

PER CURIAM.

Appeal dismissed for want of prosecution.